IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                               3:08cv506-LAC/MD

v.

TRISTAN I. JONES,

      Defendant.
_____/

## DEFAULT JUDGMENT

The complaint in the above action was filed in this Court on November 7, 2008, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on March 20, 2009.

By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $24,030.35 (Defendant owes Plaintiff the principal sum of $22,385.00, interest of $573.78 accrued through July 30, 2008 at the annual rate of 1.31%, penalty charges of $676.57, administrative fees of $45.00, as set forth in the Certificate of Indebtedness prepared by the Defense Finance and Accounting Service; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)), plus pre-judgment interest to the entry of

judgment.   Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 (a) and shall be computed daily and compounded annually until paid in full.

DONE and ORDERED this 25th day of March, 2009.

*s/L.A. Collier*
Lacey A. Collier
SENIOR UNITED STATES DISTRICT JUDGE